JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEGIN ZARANDI,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALLIANCE DATA SYSTEMS CORP., et al.<br><br>    Defendants. | Case No.: CV 10-8309 DSF (JCGx)<br><br>JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, and that the action be dismissed without prejudice.

Dated: 3/28/13

_____
Dale S. Fischer
United States District Judge